NO. 07-00-0177-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

APRIL 13, 2001

______________________________

ROBERT DALTON HUDSON, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 242ND
 DISTRICT COURT OF HALE COUNTY;

NO. B13316-9902; HONORABLE ED SELF, JUDGE

_______________________________

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

Appellant Robert Dalton Hudson filed a Motion to Dismiss Appeal on April 12, 2001, averring that he no longer wishes to prosecute his appeal.   The Motion to Dismiss is signed by both appellant and his attorney.  

Without passing on the merits of the case, appellant’s motion for voluntary dismissal is granted and the appeal is hereby dismissed.  Tex. R. App. P. 42.2.   Having dismissed 

the appeal at appellant’s personal request, no motion for rehearing will be entertained and our mandate will issue forthwith.  

Phil Johnson

        Justice

Do not publish.